# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

**No. 201700111**

———————————

**UNITED STATES OF AMERICA**
Appellee

v.

**MICHAEL S. CAMACHO**
Staff Sergeant (E-6), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel M.J. Kent, USMC.
Convening Authority: Commanding General, Western Recruiting Region, San Diego, CA.
Staff Judge Advocate's Recommendation: Major J.V. Munoz, USMC.
For Appellant: Lieutenant Colonel Richard D. Belliss, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 28 November 2017

———————————

Before HUTCHISON, PRICE, and FULTON, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court